# Court of Appeals
# of the State of Georgia

ATLANTA,  February 22, 2018

*The Court of Appeals hereby passes the following order:*

## A18E0033. MCDANIEL-IVEY v. MCDANIEL

Marvis McDaniel-Ivey filed a pro se emergency motion on February 21, 2018 pursuant to Court of Appeals Rules 16 (a) and 40 (b) requesting an extension of time to file a notice of appeal from an order filed by the Superior Court of DeKalb County on January 16, 2018 in Case No. 15CV-6932-9 in which the parties are named as Marvis Ivey (petitioner) and Bradley McDaniel (respondent). The emergency motion and attachments state that a motion for a new trial was filed on February 15, 2018 (but does not attach a copy with the filing date), and that a notice of appeal attempted to be filed on February 16, 2018 was rejected by the Superior Court. The emergency motion does not state whether there has been any ruling disposing the motion for new trial.

Pursuant to OCGA § 5-6-38, a notice of appeal must be filed: (1) within 30 days of the appealable decision or judgment complained of, or (2) if a motion for new trial has been filed within 30 days of the judgment (OCGA § 5-5-40 (a)), within 30 days after entry of the order disposing of the motion for new trial. A request for an extension of time to file a notice of appeal must be made "before expiration of the period for filing [the notice of appeal] as originally prescribed or as extended by a permissible previous order." OCGA § 5-6-39; Court of Appeals Rule 16 (a).

The notice of appeal attached to the emergency motion was dated February 16, 2018, more than 30 days after the January 16, 2018 order sought to be appealed, and the emergency motion requesting an extension of time to file a notice of appeal from the January 16, 2018 order was filed on February 21, 2018 after the expiration of the 30 day period following the order. Accordingly, we decline to issue an order

extending the time to file a notice of appeal, and the emergency motion is DENIED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   *02/22/2018*  
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*